## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| AMERICAN INCENTIVE ADVISORS, LLC | § § | |
| *Plaintiff* | § | CIVIL ACTION NO. 1:24-cv-00619-DII |
| | § | |
| v. | § | JURY DEMANDED |
| | § | |
| MCCORMICK MOTORS, INC. | § | |
| *Defendant* | § | |

## NOTICE OF SETTLEMENT

Plaintiff and Defendant announce to the Court that they have reached a settlement in this case that fully resolves the issues in dispute. The Parties are working to secure final settlement documents and dismissal documents and expect to file dismissal papers with the Court within 60 days.

The Parties respectfully ask that the Court remove this case from the Court's pending docket call and trial docket and grant the parties 60 days to complete settlement documents and file dismissal papers.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
DATED: May 14, 2026          Telephone: 713-659-6767
Fax: 713-759-6830

/s/ *W. Earl Touchstone*

W. Earl Touchstone
TX State Bar No. 20150500
Earl.Touchstone@lewisbrisbois.com

176584390.1

DATED: May 14, 2026

OFFIT | KURMAN
Plaza of the Americas
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-593-4984
Fax: 214-420-9891


/s/ *Janine M. Campanaro* *

Janine M. Campanaro
TX State Bar No. 24104567
Janine.campanaro@offitkurman.com

*signed with permission

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on the following counsel of record through the Court's electronic filing system, in accordance with the Federal Rules of Civil Procedure on this 14th day of May, 2026.

Janine Campanaro
Offit | Kurman
Plaza of the Americas
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201


/s/ *W. Earl Touchstone*

W. Earl Touchstone

176584390.1                    2